# United States Court of Appeals
## For the First Circuit

No. 23-1535, 23-1645

L.M., a minor by and through his father and stepmother and
natural guardians, Christopher and Susan Morrison,

Plaintiff, Appellant,

v.

TOWN OF MIDDLEBOROUGH, MASSACHUSETTS; MIDDLEBOROUGH SCHOOL
COMMITTEE; CAROLYN J. LYONS, Superintendent, Middleborough
Public Schools, in her official capacity; HEATHER TUCKER, Acting
Principal, Nichols Middle School, in her official capacity,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on June 9, 2024, is
amended as follows:

On page 16, line 8, change "Middleburgh" to
"Middleborough."